IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERNEST E. COLLINS, #13044**                                         **PETITIONER**

**v.**                                                    **CAUSE NO. 1:12CV171-LG-JMR**

**WARDEN J.J. STREETER**
                                                                         **RESPONDENT**

<u>CERTIFICATE OF APPEALABILITY</u>

      A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

      _X_ A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

      ___ A Certificate of Appealability should issue for the following specific issue(s):

      **SO ORDERED AND ADJUDGED** this the 9th day of December, 2013.

                                                               s/ *Louis Guirola, Jr.*
                                                               LOUIS GUIROLA, JR.
                                                               CHIEF U.S. DISTRICT JUDGE