IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERNEST E. COLLINS, #13044**                                    **PETITIONER**

v.                               **CAUSE NO. 1:12CV171-LG-JMR**

**WARDEN J.J. STREETER**
                                                       **RESPONDENT**

## FINAL JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations [10] entered by United States Magistrate Judge John M. Roper, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Proposed Findings of Fact and Recommendation [10] entered by United States Magistrate Judge John M. Roper, be, and the same hereby is, ADOPTED as the finding of this Court. The petitioner's cause of action is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 9th day of December, 2013.

                                                        s/ *Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        CHIEF U.S. DISTRICT JUDGE