IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERNEST E. COLLINS, #13044**                                                        **PETITIONER**

v.                                                                                                **CAUSE NO. 1:12CV171-LG-JMR**

**WARDEN J.J. STREETER**                                                            **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper, entered in this cause on April 25, 2013. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 12th day of June, 2014.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE